UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Damon Newkirk,

Debtors.

Case No.:        18-21837-JNP

Chapter:              13

Hearing Date:      5/19/2020

Judge:            Poslusny

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief (Docket # 44)

_____

Date: 5/14/2020                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*