Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-21837 (JNP)**

Damon D. Newkirk  
5 Aspen Road  
Sicklerville, NJ  08081

Monthly Payment: $1,691.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,308.00 | 02/03/2020 | $1,308.00 | 02/27/2020 | $1,308.00 | 03/30/2020 | $1,308.00 |
| 05/01/2020 | $1,308.00 | 06/01/2020 | $1,308.00 | 07/02/2020 | $1,691.00 | 08/05/2020 | $1,691.00 |
| 09/11/2020 | $1,691.00 | 10/13/2020 | $1,691.00 | 11/12/2020 | $1,691.00 | 12/18/2020 | $1,691.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DAMON D. NEWKIRK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,199.00 | $3,199.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK USA, N.A. | 33 | $1,704.57 | $0.00 | $1,704.57 | $0.00 |
| 2 | CENLAR | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CHRYSLER FINANCIAL COMPANY | 33 | $13,904.15 | $0.00 | $13,904.15 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,847.75 | $0.00 | $1,847.75 | $0.00 |
| 6 | CROSS KEYS FAMILY DENTAL PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DANIELLE REIM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PREMIER BANKCARD, LLC | 33 | $499.89 | $0.00 | $499.89 | $0.00 |
| 9 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LAVERNE BROADUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MERRICK BANK | 33 | $847.19 | $0.00 | $847.19 | $0.00 |
| 12 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PINGORA LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SANTANDER CONSUMER USA, INC. | 24 | $1,550.70 | $905.57 | $645.13 | $436.42 |
| 17 | SOUTH JERSEY F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MIDFIRST BANK | 24 | $42,770.37 | $24,976.80 | $17,793.57 | $12,037.36 |
| 19 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | THE COOPER HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TROJAN PROFESSIONAL SRVS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | WELLS FARGO BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | PREMIER BANKCARD, LLC | 33 | $452.34 | $0.00 | $452.34 | $0.00 |
| 27 | LVNV FUNDING, LLC | 33 | $858.50 | $0.00 | $858.50 | $0.00 |
| 28 | LVNV FUNDING, LLC | 33 | $463.37 | $0.00 | $463.37 | $0.00 |
| 29 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 30 | MIDFIRST BANK | 24 | $10,561.46 | $2,590.07 | $7,971.39 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2018 | 23.00 | $0.00 |
| 06/01/2020 | Paid to Date | $27,422.00 |
| 07/01/2020 | 36.00 | $1,691.00 |
| 07/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $17,994.00 |
| Total paid to creditors this period: | $12,873.78 |
| Undistributed Funds on Hand: | $1,548.96 |
| Arrearages: | $0.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**