# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-21837 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Damon D. Newkirk

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 10/22/2014

I, __Anna Becerril__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:
Recorded on December 18, 2014 in Camden County, in Book 10121, at Page 0286.
Property Address: 5 Aspen Road, Sicklerville NJ 08081.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Damon D. Newkirk

POST-PETITION PAYMENTS (Petition filed on June 12, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 03/03/2022. | | | | | $67.29 |
| | | To Suspense | $1,790.00 | 03/10/2022 | $1,857.29 |
| | | AO Credit | ($67.29) | 03/17/2022 | $1,790.00 |
| $1,789.54 | 03/01/2022 | 03/2022 | $1,790.00 | 03/17/2022 | $1,790.46 |
| $1,790.00 | 04/01/2022 | 04/2022 | From Suspense | 03/24/2022 | $0.46 |
| | | To Suspense | $1,790.00 | 05/05/2022 | $1,790.46 |
| $1,790.46 | 05/01/2022 | 05/2022 | From Suspense | 05/24/2022 | $0.00 |
| | | To Suspense | $1,790.00 | 06/24/2022 | $1,790.00 |
| $1,790.00 | 06/01/2022 | 06/2022 | From Suspense | 06/29/2022 | $0.00 |
| $1,811.46 | 07/01/2022 | | $0.00 | | $0.00 |
| $1,811.46 | 08/01/2022 | | $0.00 | | $0.00 |
| Total Due: $10,782.92 | | Total Received: $7,160.00 | | Arrears: $3,622.92 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,811.46
Arrears: $3,622.92

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal & Interest: | $710.74 | |
| R.E. Taxes: | $_____ | |
| Insurance: | $_____ | |
| Other: | $1,100.72 | (Specify: Escrow) |
| TOTAL | $1,811.46 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

NOPC filed 10/22/18 and effective 12/1/18, NOPC filed 3/10/2020 and effective 4/1/2020, NOPC filed 4/5/2021 and effective 5/1/2021, NOPC filed 04/06/2022 and effective 05/01/2022

PRE-PETITION ARREARS: $42,770.37

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 09/12/2022

Signature: *Anna Becerril*
Anna Becerril
Vice President