Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–21837–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Damon D Newkirk
   5 Aspen Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–5972

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            October 18, 2022
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*80* – CertificationOther in Opposition to (related document:79 Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: re: 5 Aspen Road, Sicklerville, NJ 08081. Fee Amount $ 181. filed by Creditor MidFirst Bank, 60 Creditor's Certification of Default filed by Creditor MidFirst Bank, 69 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 09/27/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Joseph J. Rogers on behalf of Damon D Newkirk. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: September 21, 2022
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk