Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−21837−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Damon D Newkirk
   5 Aspen Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−5972

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              October 18, 2022
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*80 −* CertificationOther in Opposition to (related document:79 Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: re: 5 Aspen Road, Sicklerville, NJ 08081. Fee Amount $ 181. filed by Creditor MidFirst Bank, 60 Creditor's Certification of Default filed by Creditor MidFirst Bank, 69 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 09/27/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Joseph J. Rogers on behalf of Damon D Newkirk. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: September 21, 2022
JAN: eag

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-21837-JNP |
| Damon D Newkirk | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2022 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

**Recip ID        Recipient Name and Address**
db           +  Damon D Newkirk, 5 Aspen Road, Sicklerville, NJ 08081-3246

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

**Name                Email Address**

Denise E. Carlon
                    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
                    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
                    ecfmail@standingtrustee.com summarymail@standingtrustee.com

John F Newman
                    on behalf of Creditor SJFCU courts@southjerseyfcu.com

Joseph J. Rogers
                    on behalf of Debtor Damon D Newkirk jjresq@comcast.net jjrogers0507@gmail.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 21, 2022 | Form ID: 173 | Total Noticed: 1 |

TOTAL: 6