# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-21837 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Damon D. Newkirk

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 10/22/2014

I, Dahliyah Williams employed as Vice President by MidFirst Bank, hereby certifies the following information:

Recorded on December 18, 2014 in Camden County, in Book 10121, at Page 0286.
Property Address: 5 Aspen Road, Sicklerville NJ 08081.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Damon D. Newkirk

POST-PETITION PAYMENTS (Petition filed on June 12, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 10/12/2022 | | | | | - |
| | | To Suspense | $1,812.00 | 10/14/2022 | $1,812.00 |
| $1,811.46 AO Payment | 10/12/2022 | | From Suspense | 10/21/2022 | $0.54 |
| $1,811.46 | 10/01/2022 | | $0.00 | | $0.54 |
| $1,207.64 AO Payment 1/3 | 10/01/2022 | | $0.00 | | $0.54 |
| $1,811.46 | 11/01/2022 | | $0.00 | | $0.54 |
| $1,207.64 AO Payment 2/3 | 11/01/2022 | | $0.00 | | $0.54 |
| $1,811.46 | 12/01/2022 | | $0.00 | | $0.54 |
| $1,207.64 AO Payment 3/3 | 12/01/2022 | | $0.00 | | $0.54 |
| Total Due: $10,868.76 | | | Total Received: $1,812.00 | | Arrears: $9,056.76 |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,811.46
Agreed Order payments past due: 3 X $1,207.64
Arrears: $9,056.76

Each current monthly payment is comprised of:
    Principal & Interest: $710.74
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $1,100.72   (Specify: Escrow)
    **TOTAL** $1,811.46

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC filed 10/22/18 and effective 12/1/18, NOPC filed 3/10/2020 and effective 4/1/2020, NOPC filed 4/5/2021 and effective 5/1/2021, NOPC filed 04/06/2022 and effective 05/01/2022

**PRE-PETITION ARREARS: $42,770.37**

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 12/16/2022

_____
Signature

**Dahliyah Williams**
**Vice President**