Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–21837–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Damon D Newkirk
  5 Aspen Road
  Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–5972

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

  NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         January 24, 2023
Time:         11:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*90* – Certification in Opposition to Midfirst Certification of Default (related document:88 Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: re: 5 Aspen Road, Sicklerville, NJ 08081. Fee Amount $ 181. filed by Creditor MidFirst Bank, 60 Creditor's Certification of Default filed by Creditor MidFirst Bank, 69 Order (Generic), 79 Creditor's Certification of Default filed by Creditor MidFirst Bank, 83 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 12/30/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Joseph J. Rogers on behalf of Damon D Newkirk. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: January 3, 2023
JAN: eag

                                                Jeanne Naughton
                                                Clerk