Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-21837 (JNP)

Damon D. Newkirk  
5 Aspen Road  
Sicklerville, NJ  08081

Monthly Payment: $2,175.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2022 | $1,691.00 | 03/29/2022 | $1,719.00 | 04/12/2022 | $1,719.00 | 05/17/2022 | $2,000.00 |
| 05/23/2022 | $1,800.00 | 06/21/2022 | $1,719.00 | 07/18/2022 | $2,702.00 | 08/16/2022 | $5,419.00 |
| 10/31/2022 | $1,763.00 | 12/02/2022 | $1,765.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DAMON D. NEWKIRK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,199.00 | $3,199.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $0.00 | $400.00 | $0.00 |
| 1 | CAPITAL ONE BANK USA, N.A. | 33 | $1,704.57 | $541.19 | $1,163.38 | $0.00 |
| 2 | CENLAR | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CHRYSLER FINANCIAL COMPANY | 33 | $13,904.15 | $4,414.50 | $9,489.65 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,847.75 | $586.65 | $1,261.10 | $0.00 |
| 6 | CROSS KEYS FAMILY DENTAL PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DANIELLE REIM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PREMIER BANKCARD, LLC | 33 | $499.89 | $158.71 | $341.18 | $0.00 |
| 9 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LAVERNE BROADUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MERRICK BANK | 33 | $847.19 | $268.98 | $578.21 | $0.00 |
| 12 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PINGORA LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SANTANDER CONSUMER USA, INC. | 24 | $1,550.70 | $1,550.70 | $0.00 | $378.39 |
| 17 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MIDFIRST BANK | 24 | $42,770.37 | $42,770.37 | $0.00 | $10,436.00 |
| 19 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | THE COOPER HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TROJAN PROFESSIONAL SRVS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | WELLS FARGO BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | PREMIER BANKCARD, LLC | 33 | $452.34 | $143.62 | $308.72 | $0.00 |
| 27 | LVNV FUNDING, LLC | 33 | $858.50 | $272.57 | $585.93 | $0.00 |
| 28 | LVNV FUNDING, LLC | 33 | $463.37 | $147.12 | $316.25 | $0.00 |
| 29 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 30 | MIDFIRST BANK | 24 | $10,561.46 | $10,561.46 | $0.00 | $4,675.25 |
| 31 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 32 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2018 | 51.00 | $0.00 |
| 10/01/2022 | Paid to Date | $71,556.00 |
| 11/01/2022 | 2.00 | $2,175.00 |
| 01/01/2023 | 6.00 | $2,249.00 |
| 07/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $22,297.00 |
| Total paid to creditors this period: | $15,489.64 |
| Undistributed Funds on Hand: | $1,613.21 |
| Arrearages: | $822.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**