Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−21837−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Damon D Newkirk
   5 Aspen Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−5972

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 20, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-21837-JNP
Damon D Newkirk  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Sep 20, 2023  Form ID: 148  Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damon D Newkirk, 5 Aspen Road, Sicklerville, NJ 08081-3246 |
| cr | + | FLAGSTAR BANK, FSB AS SERVICER FOR PINGORA LOAN SE, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517585548 | + | Cross Keys Family Dental PA, 3501 Route 42 Suite 270, Turnersville, NJ 08012-1755 |
| 517585549 | + | Danielle Reim, 5 Aspen Road, Sicklerville, NJ 08081-3246 |
| 518460153 | | FLAGSTAR BANK, FSB AS SERVICER FOR, PINGORA LOAN SERVICING LLC, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 518460154 | + | FLAGSTAR BANK, FSB AS SERVICER FOR, PINGORA LOAN SERVICING LLC, 5151 CORPORATE DRIVE, TROY, MI 48098-2639, FLAGSTAR BANK, FSB AS SERVICER FOR PINGORA LOAN SERVICING LLC 48098-2639 |
| 517585551 | + | Gateway One Lending & Finance, Attn: Bankruptcy, 160 North Riverview Dr. Ste 100, Anaheim, CA 92808-2293 |
| 517585552 | + | Laverne Broadus, 201 Blackwood Clementon Rd. Apt. 515, Lindenwold, NJ 08021-6834 |
| 517711086 | + | PINGORA LOAN SERVICING, LLC, CENLAR FSB, ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 517585554 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517585555 | + | Pingora Loan Servicing LLC, 1755 Blake St #200, Denver, CO 80202-1225 |
| 518761044 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518761045 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 SantanderConsumerUSA Inc as |
| 517585559 | + | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517725497 | | South Jersey Federal CU, PO Box 5330, Deptford, NJ 08096 |
| 517585560 | + | South Shore Bank, Attn: Bankruptcy, Po Box 151, Weymouth, MA 02188-0904 |
| 517585564 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517585544 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 20 2023 20:36:00 | Cenlar, PO Box 77404, Ewing, NJ 08628 |
| 517585545 | | EDI: LCITDAUTO | Sep 21 2023 00:18:00 | Chrysler Financial Services, 400 HORSHAM RD, Horsham, PA 19044 |
| 517585543 | + | EDI: CAPITALONE.COM | Sep 21 2023 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671267 | | EDI: CAPITALONE.COM | Sep 21 2023 00:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517716140 | + | Email/Text: signed.order@pfwattorneys.com | | |

Case 18-21837-JNP   Doc 106   Filed 09/22/23   Entered 09/23/23 00:15:26   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 148 | Total Noticed: 43 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 20 2023 20:35:00 | Chrysler Financial Company, c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517585546 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 20 2023 20:35:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 517585547 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2023 20:45:13 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517585550 | + | EDI: AMINFOFP.COM | Sep 21 2023 00:18:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517704311 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 20:34:32 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517702400 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 20:32:00 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517660398 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2023 20:45:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517585553 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2023 20:45:26 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518714118 | + | EDI: AISMIDFIRST | Sep 21 2023 00:18:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714117 | + | EDI: AISMIDFIRST | Sep 21 2023 00:18:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517585556 | | Email/Text: signed.order@pfwattorneys.com | Sep 20 2023 20:35:00 | Pressler And Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517695440 | + | EDI: JEFFERSONCAP.COM | Sep 21 2023 00:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517585557 | ^ | MEBN | Sep 20 2023 20:25:44 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 517637023 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 20 2023 20:37:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517585558 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 20 2023 20:37:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517585561 | + | EDI: RMSC.COM | Sep 21 2023 00:18:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517585562 | + | Email/Text: legal-dept@cooperhealth.edu | Sep 20 2023 20:37:00 | The Cooper Health System, 1 Cooper Plaza, Camden, NJ 08103-1489 |
| 517585563 | + | Email/Text: collectionservices@trojanonline.com | Sep 20 2023 20:36:00 | Trojan Professional Srvs, Attn: Bankruptcy, Po Box 1270, Los Alamitos, CA 90720-1270 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 20, 2023 | Form ID: 148 | Total Noticed: 43 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2023          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara J. Snavely | on behalf of Debtor Damon D Newkirk jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@firstharvestcu.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6